ALLEN AINSWORTH, Respondent, *v.* DUTCHESS HAT WORKS, Appellant.

*Ainsworth* v. *Dutchess Hat Works*, 136 App. Div. 893, affirmed.
(Argued April 5, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 15, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*William L. O'Brion* and *Frank V. Johnson* for appellant.

*Charles Morschauser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.